IN THE UNTIED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. CR 05-27-J |
| Plaintiff | : | |
| | : | |
| vs | : | |
| | : | |
| DONALD E. BLACK, | : | |
| Defendant | : | |

## MOTION FOR CONTINUANCE

1. The Petitioner is DONALD E. BLACK, in the above-captioned matter represented by Attorney Steven P. Passarello.

2. The Respondent is the UNITED STATES OF AMERICA, in the above captioned matter.

3. That the above-captioned matter is presently scheduled for a Status Conference on Friday, September 8, 2006, at 11:00 a.m., in Courtroom A, 319 Washington Street, Johnstown, PA.

4. Counsel for Petitioner is presently scheduled to be in the State of Indiana September 7th through September 10th 2006. His tickets and motel rooms have already been paid for and cannot be cancelled without penalty.

5. The undersigned attempted to contact Counsel for the UNITED STATES OF AMERICA however was informed that he is on annual leave and will not be available via phone.

6. The undersigned will make himself available at the Court's convenience any time September 5th, 6th, 11th, 12th, or 13th 2006.

WHEREFORE, Petitioner and counsel respectfully requests this Honorable Court to enter an Order continuing the Status Conference in the above-captioned matter.

Respectfully Submitted,
PASSARELLO & SISTO
-Law Offices-


*/s/ Steven P. Passarello*
Steven P. Passarello, Esquire
Attorney for Petitioner