```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
          v.                  )   Criminal No. 05-27-J
                              )
DONALD E. BLACK               )
```

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and John J. Valkovci, Jr., Assistant United States Attorney for said district, and pursuant to Local Criminal Rule 32.1(D) of the Local Rules of this Court, respectfully represents as follows:

1. The United States received the pre-sentence report for Donald E. Black and subsequently conferred with opposing counsel, Steven P. Passarello, Esquire, and United States Probation Officer, Warren S. Johnston, regarding the contents of the pre-sentence report.

2. Pursuant to the Sentencing Guidelines, the United States hereby gives notice that it has adopted the findings of the pre-sentence report.

                              Respectfully submitted,

                              MARY BETH BUCHANAN
                              United States Attorney

Date: January 26, 2007        s/John J. Valkovci, Jr.
                              JOHN J. VALKOVCI, JR.
                              Assistant U.S. Attorney
                              224 Penn Traffic Building
                              319 Washington Street
                              Johnstown, PA 15901
                              Phone: (814) 533-4547
                              Fax: (814) 533-4545
                              Email: John.Valkovci@usdoj.gov
                              PA 55339