IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CR No. 05-27J |
| vs. | : |
| | : |
| DONALD E. BLACK, | : |
| | : |
| Defendant | : |

ORDER OF COURT

AND NOW, this 23rd day of June 2020, with regard to the two motions before the Court, namely [93] Motion to Modify Supervised Release Conditions and [87] Motion to Terminate Defendant's Remaining Supervised Release Term, and upon agreement of the parties, IT IS HEREBY ORDERED as follows: Defendant shall relocate or obtain an approved residence within 45 days of the date of the Court's Order and further the term of the supervised release imposed at CR 05-27J is revised from the initial term to a term which will run 3 years from the date of this Order, at which time it will terminate.

BY THE COURT:

*/s/ Kim R. Gibson*

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE